1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HENRY LEE WALLACE,

11             Plaintiff,                    No. CIV S-07-1827 WBS DAD P

12       vs.

13   SACRAMENTO SHERIFF, et al.,

14             Defendants.                   ORDER FOR PAYMENT

15   _____/       OF INMATE FILING FEE

16   To:  The Director or Warden of the Federal Correctional Institution - Terminal Island, P.O. Box

17   269, San Pedro, CA 90731:

18                Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, is obligated

19   to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is

20   obligated to make monthly payments in the amount of twenty percent of the preceding month's

21   income credited to plaintiff's trust account.  The Federal Correctional Institution - Terminal

22   Island is required to send to the Clerk of the Court payments from plaintiff's account each time

23   the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

24   § 1915(b)(2).

25   /////

26   /////

1

Good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  The Director or Warden of the Federal Correctional Institution - Terminal Island or a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action.

2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the Director or Warden of the Federal Correctional Institution - Terminal Island, P.O. Box 269, San Pedro, CA 90731.

3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 12, 2007.

Dale A. Drozd
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wall1827.cdc

2