IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LEE WALLACE,

      Plaintiff,                            No. CIV S-07-1827 WBS DAD P

    vs.

SACRAMENTO SHERIFF, et al.,

      Defendants.                   ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2008, attorney Joseph Rego filed with the court a designation and substitution of counsel seeking to substitute himself as counsel for plaintiff. The substitution of counsel form, however, was not signed by either Mr. Rego or plaintiff. Pursuant to Local Rule 83-182(g), the substitution must be signed by the withdrawing attorney and the new attorney, and be approved by the court. The court will provide an extension of time for the filing of a proper substitution of attorneys document.

        In addition, the court will vacate the findings and recommendations, filed on June 26, 2008, and grant plaintiff an additional thirty days to file his status report pursuant to the court's May 5, 2008 order.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 26, 2008, are vacated;

2. Within fifteen days from the service of this order, plaintiff or counsel shall file a new substitution of attorneys pursuant to Local Rule 83-182(g); and

3. Within thirty days from the service of this order, plaintiff shall file his status report as ordered by the court on May 5, 2008.

DATED: August 19, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
wall1827.atty