IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY LEE WALLACE,

      Plaintiff,                         No. CIV S-07-1827 WBS DAD P

   vs.

SACRAMENTO SHERIFF, et al.,

      Defendants.                <u>ORDER SETTING STATUS CONFERENCE</u>

                              /

        Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  On September 3, 2008, a designation and substitution of counsel was filed substituting Joseph J. Rego as counsel for plaintiff.  The substitution will be ordered.

        Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 16-240, IT IS HEREBY ORDERED that:

        1. Joseph J. Rego is substituted as counsel for plaintiff Henry Lee Wallace.

        2. A Status (Pretrial scheduling) Conference is set for November 21, 2008, at 10:00 a.m. in Courtroom 27 on the eighth floor before the undersigned.

        3. Counsel may appear telephonically by contacting Pete Buzo, courtroom deputy, at (916) 930-4128 no later than two days prior to the date set for status conference.

/////

1

4. The parties shall file and serve, no later than seven court days before the status conference, a status report addressing the following matters:

    a. Service of process;

    b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including setting appropriate cutoff dates for discovery and law and motion and the scheduling of a pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action or proceedings;

    i. Whether this matter is to be tried before this court or the district court. <u>See</u> 28 U.S.C. § 636(c);

    j. Whether the counsel will stipulate to the trial judge acting as settlement judge and waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    k. Any other matters that may add to the just and expeditious disposition of this matter.

5. The failure of any party to comply with this order, the Federal Rules of Civil Procedure, or the Local Rules of Practice may be ground for dismissal, judgment by default, or any other sanction appropriate under the applicable rules. <u>See</u> Fed. R. Civ. P. 11; Local Rule 11-110; Local Rule 83-183(a).

/////

/////

5. Counsel are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition (see Local Rule 16-160).

DATED: October 15, 2008.

                                 *Dale A. Drozd*
                                 DALE A. DROZD
                                 UNITED STATES MAGISTRATE JUDGE

DAD:4
wall1827.stat

3