UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HENRY LEE WALLACE,                    No. CIV-S-07-1827 WBS DAD P

      Plaintiff,

  v.

                                  **ORDER OF REASSIGNMENT**

SACRAMENTO SHERIFF,

      Defendant.

_____/

    Each of the parties in the above-captioned case has filed a "Consent to Proceed Before a United States Magistrate Judge." See 28 U.S.C. § 636(c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

    The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

1

1  IT IS HEREBY ORDERED that the Clerk of the Court reassign
2 this case to the Honorable Dale A.  Drozd.  The parties shall
3 take note that all documents hereafter filed with the Clerk of
4 the Court shall bear case number CIV-S-07-1827 DAD P.  All
5 currently scheduled dates presently set before Judge Shubb are
6 hereby VACATED.
7 DATED:  November 24, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14  Having also reviewed the file, I accept reference of this
15 case for all further proceedings and entry of final judgment.
16 DATED: December 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

20 wall1827.consent

2